1  PETER D. KEISLER
   Assistant Attorney General
2
   JAMES J. GILLIGAN
3  Assistant Branch Director

4  ERIC R. WOMACK (IL Bar No. 6279517)
   Trial Attorney
5  United States Department of Justice
   Civil Division, Federal Programs Branch
6  20 Massachusetts Avenue, N.W.
   Washington, D.C. 20530
7  (202) 514-4020
   (202) 616-8470 (fax)
8
   Attorneys for Defendants
9

10
                  UNITED STATES DISTRICT COURT
11              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
12

13  AMERICAN BISON et al.,                )    Case No. 3:05-cv-05346-MHP
                                          )
14         Plaintiffs,                    )    **STIPULATION TO EXTEND TIME**
                                          )    **TO RESPOND TO COMPLAINT**
15         v.                             )
                                          )
16  GEORGE W. BUSH et al.,                )
                                          )
17         Defendants.                    )
                                          )
18

19         THE PARTIES HEREBY STIPULATE, pursuant to Local Rule 6-1(a), that the filing

20  deadline for defendants' response to the Complaint shall be extended to March 22, 2006. As the

21  initial Case Management Conference is scheduled for June 5, 2006, this extension will not affect

22  the schedule of the case. In support of this stipulation, the parties state the following:

23         1.    On January 26, 2006, this matter was ordered related to Levine et al. v. Johanns,

24               case no. 3:05-cv-04764-MHP.

25         2.    The parties are currently in the process of discussing whether this matter may be

26               briefed according to the same schedule that has been entered in the Levine case in

27               order to save the Court time and resources in deciding similar issues.

28         3.    The initial Case Management Conference is scheduled for June 5, 2006.

Stipulation to Extend Time to Respond to Complaint, Case No. 3:05-cv-05346-MHP

      Accordingly, as the Conference date is not affected by this stipulation, this stipulation will not affect the schedule for this case.

4. No previous time modifications have been made in this case, either by stipulation or Court order.

5. Defendants' counsel represents that concurrence in the filing and signing of the document has been obtained from plaintiffs' counsel.

DATED: March 8, 2006

Respectfully submitted,

| | |
|---|---|
| PAUL KREKORIAN<br>Fisher & Krekorian<br>3500 West Olive Ave<br>Suite 300<br>Burbank, CA 91505 | PETER D. KEISLER<br>Assistant Attorney General<br><br>JAMES J. GILLIGAN<br>Assistant Branch Director |
| /s/ James B. Dougherty<br>JAMES B. DOUGHERTY<br>*Appearing pro hac vice*<br>(DC Bar No. 939538)<br>709 3rd Street S.W.<br>Washington, DC 20024<br><br>Tel: (202) 488-1140<br>Fax: (202) 487-1789 | /s/ Eric Womack<br>ERIC R. WOMACK<br>(IL Bar No. 6279517)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20530<br><br>Tel: (202) 514-4020<br>Fax: (202) 616-8470 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

3/9/06

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE