Paul Krekorian, CA Bar No. 115953
Fisher & Krekorian
3500 West Olive Avenue, Suite 300
Burbank CA 91505
Telephone: 818-848-7750
Facsimile: 818-848-7749

James B. Dougherty, D.C. Bar No. 939538 (*pro hac vice*)
709 3rd St. SW
Washington, D.C. 20024
Telephone: 202-488-1140
Facsimile: 202-488-1789

*Attorneys for Plaintiffs American Bison, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN BISON, *et al.*,<br><br>           Plaintiffs,<br>      v.<br><br>GEORGE W. BUSH, *et al*.<br><br>           Defendants. | 3:05-cv-5346 MHP<br><br>STIPULATED REQUEST FOR CHANGE IN SCHEDULING AND TO EXTEND TIME TO RESPOND TO COMPLAINT |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

1.     The parties jointly request this Court, pursuant to Local Rules 6-2 and 7-12, to reschedule to March 27, 2006 the case management conference now scheduled for June 5, 2006.

2.     On January 30, 2006, this case was reassigned from Judge Conti to Judge Patel, following the filing of an "Administrative Motion to Consider Whether Cases Should be Related" filed by plaintiffs in *Levine v. Johanns*, No. C-05-4764.

3.     In the *Levine* case a case management conference has been set for March 27, 2006.  The parties envision a briefing schedule on the Government's motion to dismiss the *Levine* compliant over the following two or three months.

4.     Because *American Bison* and *Levine* share at least one similar legal issue, the parties submit that judicial economy and the convenience of the parties would be promoted by aligning the case management and briefing schedules of the two cases.   The parties are not suggesting that the two cases should be briefed in a single set of papers or argued jointly; rather that briefing and argument should follow the same track to the extent possible.

5.     Specifically, the Parties propose the following schedule:

a. Defendants' motion to dismiss is due on or before April 6, 2006.  The defendant intends to do this in lieu of filing an Answer.

b. Plaintiffs' opposition to the motion to dismiss will be due on or before May 5, 2006.

c. Defendants may file a reply on or before May 17, 2006.

6.     The parties will submit a case management statement on or before March 24, 2006.

7.     The parties therefore move this Court to consider the scheduling of the instant case at the March 27 case management conference now scheduled in *Levine*.  Counsel for Plaintiffs stands ready to appear at said conference in person.

8.     Plaintiff's counsel represents that concurrence in the filing and signing of this document has been obtained from defendants' counsel.

1
2
3   DATED: March 22, 2006
4
        Respectfully submitted,
5
                                                    PETER D. KEISLER
                                                    Assistant Attorney General
6   Paul Krekorian, CA Bar No. 115953
    Fisher & Krekorian                              JAMES J. GILLIGAN
7   3500 West Olive Avenue, Suite 300               Assistant Branch Director
8   Burbank CA 91505
    Telephone: 818-848-7750                          */s/ Eric Womack*
9   Facsimile: 818-848-7749                         ERIC R. WOMACK (IL Bar No. 6279517)
                                                    Trial Attorney
10   */s/ James Dougherty*                          United States Department of Justice
11  James B. Dougherty, D.C. Bar No. 939538         Civil Division, Federal Programs Branch
    709 3rd St. SW                                  20 Massachusetts Avenue, N.W.
12  Washington, D.C. 20024                          Washington, D.C. 20530
13  Telephone: 202-488-1140                         (202) 514-4020
    Facsimile: 202-487-1789                         (202) 616-8470 (fax)
14
15  *Attorneys for Plaintiffs*
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN BISON , *et al*., | 3:05-cv-5346 MHP |
| Plaintiffs, | ~~[Proposed Order]~~ |
| v. | |
| GEORGE W. BUSH, *et al*. | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

(a) a Case Management Conference will be held on March 27, 2006, at 4 p.m.;

(b) briefing on the defendant's motion to dismiss shall proceed as follows:

    1.    Defendant's Motion to Dismiss Due on or Before April 6, 2006

    2.    Plaintiffs' Opposition Due on or Before May 5, 2006

    3.    Defendant's Reply Due on or Before May 17, 2006;

(c) the parties shall file a case management report on or before March 24, 2006., complying with Local Rules and standing order of this court by e-filing the same.

DATED: March 22, 2006        _____

HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*